MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL  (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7368
    Facsimile:     (415) 436-7234
    Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 11-0102 RS |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| RICARDO GARCIA LOPEZ, ) | **U.S.C. § 3161** |
|     a/k/a Apolinar Mendoza Garcia, ) | |
|     a/k/a Javier Garcia Sanchez, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    On March 7, 2011, the parties in this case appeared before the Court.  At that time, the Court set the matter to March 29, 2011.  The parties have agreed to exclude the period of time between March 7, 2011and March 29, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0102 RS     1

18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: March 9, 2011                  /s/
        LOWELL C. POWELL
        Special Assistant United States Attorney

DATED: March 9, 2011                  /s/
        BARRY PORTMAN
        Attorney for RICARDO GARCIA LOPEZ

### [~~PROPOSED~~] ORDER

For the reasons stated above and at the March 7, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 7, 2011 through March 29, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny the parties continuity of counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  03/09/11                                            
        THE HONORABLE JOSEPH C. SPERO
        United States Magistrate Judge

\