MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL  (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone:    (415) 436-7368
Facsimile:     (415) 436-7234
Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>    v. )<br>RICARDO GARCIA LOPEZ, )<br>    a/k/a Apolinar Mendoza Garcia, )<br>    a/k/a Javier Garcia Sanchez, )<br>        Defendant. )<br>_____ ) | NO. CR 11-0102 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER 18<br>U.S.C. § 3161** |

      On March 29, 2011, the parties in this case appeared before the Court.  At that time, the

Court set the matter to May 17, 2011.  The parties have agreed to exclude the period of time

between March 29, 2011and May 17, 2011, from any time limits applicable under 18 U.S.C. §

3161.  The parties have represented that granting the exclusion would allow the reasonable time

necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §

3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 5, 2011

_____/s/_____
LOWELL C. POWELL
Special Assistant United States Attorney

DATED: April 5, 2011

_____/s/_____
BARRY PORTMAN
Attorney for RICARDO GARCIA LOPEZ

[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 29, 2011 hearing, the Court finds that the

exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 7,

2011 through May 17, 2011 is warranted and that the ends of justice served by the continuance

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

§3161(h)(7)(A).  The failure to grant the requested exclusion of time would unreasonably deny

counsel for the defendant and for the Government the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence, and deny the parties continuity of

counsel.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _4/6/11_____

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge