*E-Filed 5/25/11*

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL  (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7368
   Facsimile:   (415) 436-7234
   Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO GARCIA LOPEZ, ) <br>   a/k/a Apolinar Mendoza Garcia, ) <br>   a/k/a Javier Garcia Sanchez, ) <br> ) <br>     Defendant. ) <br> _____ ) | NO. CR 11-0102 RS <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

     On May 17, 2011, the parties in this case appeared before the Court.  At that time, the Court set the matter to June 21, 2011.  The parties have agreed to exclude the period of time between May 17, 2011and June 21, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: May 19, 2011                _____/s/_____
                LOWELL C. POWELL
                Special Assistant United States Attorney

DATED: May 19, 2011                _____/s/_____
                BARRY PORTMAN
                Attorney for RICARDO GARCIA LOPEZ

[PROPOSED] ORDER

For the reasons stated above and at the May 17, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 17, 2011 through June 21, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny the parties continuity of counsel. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/24/11

THE HONORABLE RICHARD SEEBORG
United States District Judge